Dairymen's Co-Operative Sales Association *v.*
Public Service Commission, Appellant, et al.

Argued January 31, 1935. Before FRAZER, C. J., SIMP-
SON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*Paul H. Rhoads,* with him *Samuel Graff Miller, E. Everett Mather, Jr.,* and *John Fox Weiss,* for Public Service Commission, appellant.

*David I. McAlister,* of *Hughes, McAlister & Zelt,* for Tri-State Milk Haulers' Association and H. R. Robinson et al., intervenors.

*A. W. Powell,* with him *D. I. McAlister,* of *Hughes & McAlister* and *Wray G. Zelt,* for Milk Producers' Co-Operative Association, intervenor.

*E. Lowry Humes,* with him *R. Murray Gibson, Jr.,* for Dairymen's Co-Operative Sales Association, appellee.

OPINION BY MR. JUSTICE LINN, April 1, 1935:

A majority of the members of this court, Mr. Justice SIMPSON and Mr. Justice KEPHART dissenting, agree that the decision appealed from should be affirmed on the opinion of the Superior Court written by Judge PARKER and reported in 115 Pa. Superior Ct. 100.